UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 1 4 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

Michael Sorrell         3507505

*(Enter above the full name of the plaintiff*         *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**         **CIVIL ACTION NO.** 2:19-cv-00114
                   *(Number to be assigned by Court)*

Cpt. Slater acting Administrator for SWRJ, Lt. Allen, C/o Rancid, Booking Officer, C/o Vance Individual & Offacail Capacity all

*(Enter above the full name of the defendant*
*or defendants in this action)*

## COMPLAINT

**I.    Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

        Yes  X         No _____

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:

Plaintiffs: Michael Sorrell 3507505

Defendants: Western Regional Jail, et al., Southwestern Regional Jail, captain Slater, Lt. Allen, C/O Rancid, Booking Officer, Individually and official capacity.

2. Court (if federal court, name the district; if state court, name the county);

Southern District

3. Docket Number: 2:18-cv-01305

4. Name of judge to whom case was assigned:

Judge Chambers

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

Pending

6. Approximate date of filing lawsuit: 10/1/2018

7. Approximate date of disposition: N/A

2

II. **Place of Present Confinement:** Huttonsville Correctional Center

    A. Is there a prisoner grievance procedure in this institution?

        Yes _X_  No ___

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _X_  No ___

    C. If you answer is YES:

        1. What steps did you take? filed with Admin. of Jail on kiosk

        2. What was the result? denied

    D. If your answer is NO, explain why not: ___

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Michael Sorrell

       Address: Huttonsville Correctional Center, P.O. Box 1, Huttonsville, WV 26273

    B. Additional Plaintiff(s) and Address(es): ___

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Cpt. Slater

is employed as: Acting Admin for Southwestern Jail

at Southwestern Regional Jail in Holden, WV

D. Additional defendants: Lt. Allen, Correctional Officer Rancid, Booking Officer, C/O Vance individual/official Capacity

## IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) I was transfered to Southwestern Jail. Upon arival I was met by Cpt Slater, C/O Rancid, booking officer, Lt. Allen.

(2) Prior to this I was incarcerated in November 2015 for violation of Sex Offender Supervised Release. I was placed in Lockdown Protective Custody due to the nature of my charges. I was then transfered to South Central where I was housed in protective custody because of the prior sex charge. I was moved back to W.R.J and placed back

4

### IV. Statement of Claim (continued):

protective custody. I was then transferd to SWRJ where this action arises from. After meeting with the above mentioned crew Cpt. Slater told C/o Rancid to take me to a holding cell and remove the restraints, then bring me to a interview room where there waiting, upon entering the room I was surrounded by the Cpt, At leas 1 Lt. if not 2, A Sgt., C/o Rancid. Cpt. Slater asked why I was in lockdown on 2 officer minimum with restraints I told them I had a sex charge, they were like all ok (like they didn't know all ready). Cpt. Slater did most the talking

### V. Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

1.) legal actions on all parties invodved for Intentionally placing me in direct harms way in a violent sisuation.

2.) Letter of ~~althrowtda~~ acknowledgment of responsability for Mental humilation and physical injuries I recieved as of ~~their~~ Cpt. and Lt. desicion to place me purposely in direct violent conflict for an attitude adjustment

5

Continued from section IV Statement of Claim

Number 3) Tough out this meeting. Cpt. Slater asked me why have I been such a problem causing trouble at the other facility, I told him I was bored, then he asked if I would to like to start over fresh at his jail, he advised me it was different here and he would forget all my prior conduct. So of course I said yea.

4) Cpt. Slater told c/o Rancid to take to me to booking and find me a house specifically in E-5.

5) I was given my property and state property while there I asked the booking officer if I would have problems in that pod due to the fact I have a prior sex charge. He said I should be fine but to tell the Cpt. Or Lt. on the way down. (booking has audio recorded)

6) When I might the Cpt. And Lt. in the hallway I again asked if my charges would cause me a problem here that I have lived in protective custody since my incarceration in 2015. At every other facility I have had problems.

7) All the disciplinary problems started at SCRJ where they co-mingled protective custody, punitive and administrative segregation all in the same lock down pod.

8) As soon as I was in the pod I notice some people looked familiar then I noticed theses were all south central inmates form Charleston, so I asked who all was from Charleston the reply was almost everybody "this was a south central pod".

9) First they wanted to see my paper work then the kiosk to see how much money I had and then tried to call and have me looked up on-line by someone on the outs.

10) I went to the emergency call button and asked for help and the officer in the tower said he would see but I should be fine.

11) While I was on the box talking all my personnel letters books food and state property was stolen even my sleeping mat.

12) I was told to go to the cell upstairs and get my stuff and get out (check out the pod)

13) as I was going up the steps another inmate turned around and ran back to the cell and as soon as I stepped in he swung barley missing my face but pulling in the cell and continued to hit me and knocked me down and started kicking me then 2 to 3 more came in and started doing the same until I was able to crawl out the cell running down the steps and pressing the emergency button by the main door. NO Answer so I went to the other Emergency call button and no one ever answered.

14) I was eventually told to shut up and sat down.

15) Finally a c/o came in Mullins and I told him I fell down the stairs and needed to go to medical that I could not live on that pod.

16) C/o Mullins tells me to grab my stuff I said I didn't have any.

17) Once I was in the hallway I told Mullins that I had been jumped and could not live on that pod.

18) I was taken to medical where I suffered a concussion, swelling of the cranium, black eyes, several bruises that were all ready showing.

19) The Cpt. And Lt. came and asked me if I wanted to try another pod I said no I had enough.

20) I was moved to A-5 which was a mix of punitive and administrative segregation, and protective custody.

21) On the way back to my cell from having x-rays done c/o Vance told me "if what happened the other day I thought was bad in fact a whole lot worse can happen so just keep my mouth shut and don't cause any problems.

22) C/o Vance took pictures of my face but when I asked to have pictures done of the bruises on my arms, legs, and torso he refused.

23) While I was in A-5 other inmates told me that have protective custody pods that are not lockdown they in fact actually have 2 of them B-6 and B-8.

24) These protective custody pods were in fact open and available the day I was booked in these pods are where sex offenders and other such people are to be housed not E-5

25) Cpt. Slater and the Lt. both knew what they were doing I had been transferred by the administrator of western Timothy King to Southwestern to be taught a lesson not for a fresh start.

26) With all their years experience they knew putting a sex offender in the most rowdy violent pod in the jail known for checking people out and hurting them they did this on purpose so I would get attacked and think twice about acting up in there jail cause if so they would see to it I would be hurt.

27) As a result of the purposely intentional beating I was subjected to I was humiliated, robed loosing irreplaceable letters, poems, and other religious items suffering from black eyes server headaches a concussion bruises all over my head arms, legs, and torso as a result of Captain Slater's offer to start over he knew what he was doing.

**V.    Relief (continued)):**

3) Seek defendants to pay compensatory damages of $500,000 and punitive damages of $500,000.

4) Declare that the acts and omissions described herin violated plaintiffs rights Constitution/laws of U.S

**VII.    Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ____

If so, state the name(s) and address(es) of each lawyer contacted:

Stroebel & Johnson, PLLC
P.O. Box 2582, Charleston, WV 25329

    If not, state your reasons: _____

_____

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes ✗    No ____

Continued from section V Relief.

5) Grant other just and equitable relief that his Honorable Court deems necessary.

6) Order defendant to pay all costs associated with this suit and pay reasonable attorney fees.

If so, state the lawyer's name and address:

_____

_____

Signed this __8th__ day of __February__, 20__19__.

_Michal Sall 3507505_

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __February 8th, 2019__.
(Date)

_Michal Sall 3507505_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7